IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:07CR91** |
| vs. ) | |
| ) | **ORDER** |
| **JUSTIN L. COPELY,** ) | |
| ) | |
| Defendant. ) | |

Defendant Justin L. Copely appeared before the court on August 2, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [20].  The defendant was represented by retained counsel Mark W. Bubak and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).  The government did not request detention.  The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **September 13, 2011 at 1:00 p.m.**  Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 2nd day of August, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge