IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR91 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| JUSTIN L. COPELY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on this 20th day of April, 2012. The defendant is alleged to have violated the conditions of his supervised release Filing No. 20. The defendant appeared with his attorney, Mark Bubak. AUSA Frederick Franklin appeared for the government. The defendant admitted allegations 1 and 3 of the Petition for Offender Under Supervision. The court finds the defendant freely and voluntarily admits said allegations and that the defendant has violated the terms of his supervised release as alleged.

The court finds that the defendant has made substantial progress in his rehabilitation since the petition was filed. The defendant has come into compliance with the reporting requirements of the Nebraska Sex Offender Registration Act. He is attending a vocational school and performing at a high level. His current studies will continue until approximately June 16, 2012. He will then be on a break until October 2012.

The court finds that the defendant's continued progress is essential to his rehabilitation. The court therefore continues disposition in this matter until **June 21, 2012, at 2:30 p.m.** The court will then consider whether a suitable public law placement can be arranged by the U.S. Probation Office. In order to facilitate such placement, the court orders the defendant's supervised release modified as follows:

The defendant shall reside in a residential re-entry center (RRC) for a period of up to 120 days in the correctional component, to commence no earlier than June 22, 2012, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 120 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

THEREFORE IT IS ORDERED:

1. The defendant will remain on supervised release as modified above pending disposition.

2. The disposition hearing is scheduled on **June 21, 2012, at 2:30 p.m,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.

DATED this 23rd day of April, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge